Pro Touch Construction, LLC, Respondent,
against
TLG and Son Contracting Corp. ,-S-Corp., Appellant, and Three Star Construction Company, C-Corp., Defendant.




Joseph A. Altman, P.C. (Joseph A. Altman, Esq.), for appellant.
Pro Touch Construction, LLC, respondent pro se.

Appeal from a judgment of the Civil Court of the City of New York, Queens County (Jodi Orlow, J.), entered April 8, 2014. The judgment, insofar as appealed from, after a nonjury trial, awarded plaintiff the principal sum of $2,500 on its cause of action against defendant TLG and Son Contracting Corp.-S-Corp.




ORDERED that the judgment, insofar as appealed from, is reversed, without costs, and the matter is remitted to the Civil Court for a new trial of plaintiff's cause of action against defendant TLG and Son Contracting Corp.-S-Corp.
Plaintiff commenced this commercial claims action for breach of contract against defendants "TLG and Son Contracting Corp. -S-Corp" (TLG) and "Three Star Construction Company, C-Corp." (Three Star). Three Star defaulted and, insofar as is relevant to this appeal, following a nonjury trial, a judgment was entered awarding plaintiff the principal sum of $2,500 as against TLG.
In a commercial claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (CCA 1807-A; see CCA 1804-A; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125, 126 [2000]). As the relevant documentary exhibits were not made part of the record, it is impossible for this court to provide meaningful review as to whether the judgment afforded TLG with substantial justice in accordance with the rules and principles of substantive law (see CCA 1804-A, 1807-A; see also Garrido v Grasso, 31 Misc 3d 133[A], 2011 NY Slip Op 50613[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2010]; Feldman v Chugunov, 29 Misc 3d 140[A], 2010 NY Slip Op 52121[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2010]; Dekhtyar v Destination Travel and Tours, 2001 NY Slip Op 40541[U] [App Term, 2d Dept, 2d & 11th Jud Dists 2001]).
Accordingly, the judgment, insofar as appealed from, is reversed and the matter is remitted to the Civil Court for a new trial of plaintiff's cause of action against defendant TLG.
Pesce, P.J., Weston and Aliotta, JJ., concur.
Decision Date: April 12, 2017